IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  4:10CR00050 JMM |
| | ) | |
| MICHAEL ARLIE FEUGET | ) | |

## MOTION TO DISMISS INDICTMENT

The United States of America, through Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Stephanie Mazzanti, Assistant U.S. Attorney for said district, for its motion requests leave of Court for the dismissal of the Indictment filed in the above-styled case.

On March 4, 2010, an Indictment was filed.  Subsequently, the United States has determined that the best course is to dismiss the Indictment in lieu of prosecution in state court.  The United States requests that the Indictment be dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).  Defense counsel has authorized the undersigned to state that there is no objection to the motion.

WHEREFORE, the United States requests that the Indictment be dismissed without prejudice.

Respectfully submitted,

JANE W. DUKE
United States Attorney

By  /s/ *Stephanie Mazzanti*
STEPHANIE MAZZANTI (2006298)
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR  72203
(501) 340-2600
Stephanie.Mazzanti@usdoj.gov

## Certificate of Service

      I hereby certify that on April 8, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to the following defense counsel:

    Justin Hurst, Attorney for Defendant Michael Feuget

                                                     /s/ *Stephanie Mazzanti*
                                                     Stephanie Mazzanti