IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                CASE NO. 4:10CR00050 JMM

MICHAEL ARLIE FEUGET

## ORDER

The United States of America's Motion to Dismiss the Indictment against Michael Arlie Feuget is granted (#11).  The indictment against Michael Arlie Feuget returned by the Grand Jury for the Eastern District of Arkansas on March 4, 2010, is hereby dismissed without prejudice.

IT IS SO ORDERED this  8  day of April, 2010.

                                                                  _____
                                                                  James M. Moody
                                                                  United States District Judge